IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:17-CR-49-1H

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| Juan Carlos Cuanas-Pedro, | ) | |
| Defendant. | ) | |

Defendant was charged in a one count indictment with illegal re-entry of a removed alien in violation of 8 U.S.C. § 1326(a). [DE #12]. Following his plea of guilty pursuant to a plea agreement to a superseding information charging defendant with improper entry by alien under 8 U.S.C. § 1325(a)(2), [DE #26], United States Magistrate Judge Kimberly A. Swank sentenced defendant to a term of imprisonment of time served. [DE #31]. In accordance with the government's agreement in the plea agreement to dismiss the indictment in this matter upon sentencing on the superseding information, and upon motion of the government, the indictment in this matter [DE #12] is hereby DISMISSED nunc pro tunc July 14, 2017.

This 13th day of March 2018.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#35